## Anonymous.

Practice.
Struck jury.

*Colden* moved for a *struck jury*, on an affidavit, stating that the action was on a policy of insurance, and involved questions of intricacy and importance. The sum subscribed by the defendant was 1000 dollars. Another cause on the same policy had been tried, and the jury were discharged, because they were unable to agree on a verdict.

*Riggs* and *P. W. Radcliff*, contra.

*Per curiam.*    Rule refused.